UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>ERIC CASTANEIRA, doing business as MARKET RESOURCES, LIFELEADS.NET, ET AL.,<br><br>　　　　　　Respondent. | MC10-54<br><br><br>**AFFIDAVIT OF SERVICE** |

STATE OF SOUTH DAKOTA　)
　　　　　　　　　　　　) ss:
COUNTY OF Minnehaha　　)

　　　I, John Bedell being of lawful age, on my oath state as follows:

　　1.　On June 16, 2010, I hand-delivered the Petition to Enforce Administrative Subpoena, Memorandum in Support, Civil Cover Sheet, and the Order to Show Cause in the above-captioned case to Eric Castaneira (in person) at 530 North Kiwanis Avenue, #107, Sioux Falls, South Dakota 57106, at approximately 9:30 am.

Further I say not.

　　　　　　　　　　　　　　　　*John C. Bedell*
　　　　　　　　　　　　　　　　John Bedell
　　　　　　　　　　　　　　　　Wage Hour Investigator
　　　　　　　　　　　　　　　　United States Department of Labor
　　　　　　　　　　　　　　　　Wage Hour Division
　　　　　　　　　　　　　　　　Sioux Falls Field Office

JUN-25-2010 08:40A FROM:WAGE & HOUR SF 605 330 4241 TO:13038441753 P.3/3

Subscribed and sworn to before me this 25th day of

JUNE, 2010.

Linda A. Hort
Seal
South Dakota
Notary Public

_Linda A. Hort_
NOTARY PUBLIC

My Commission Expires:

My Commission Expires June 18, 2014