**ERIC CASTANEIRA**
2109 South Cambridge Ave.
Sioux Falls, South Dakota 57106
605-274-2588

FILED
AUG 0 3 2011
CLERK

August 6, 2011

District Judge Karen E. Schreier
Rm 202 United States Courthouse
400 S. Phillips Avenue
Sioux Falls, SD 57104

Re: The Monday, August 8th hearing in CIV. 10-4095-KES

Your Honor,

I regret to inform you that I will be unable to attend the above hearing due to issues involving my personal safety in an unrelated matter.

While I have no doubt that you would provide me security from my car to the courthouse and back, the issue goes much farther than that and I have had to take other measures to protect myself.

Furthermore, I am confused as to why there is the need for any hearing at all. I have provided the petitioners with every document that I have available and, for almost a year, they seem to have been happy with that. This is the first that I am aware of any additional concerns on their part.

I honestly feel that this has become a matter of overkill in an effort to deter me from filing a 1983 actions against their employees, which would make their current action an abuse of due process.

As soon as I can make myself available to the Court without fear for my safety I will immediately notify you. Thank you for your consideration.

Sincerely,

Eric Castaneira

EC/ds