UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Petitioner,<br>v.<br><br>ERIC CASTANEIRA, doing business as MARKET RESOURCES, LIFELEADS.NET, ET AL.,<br><br>Respondent. | CIV10-4095-KES<br><br>**MOTION FOR ENTRY OF CONTEMPT ADJUDICATION** |

Plaintiff, Hilda Solis, Secretary of Labor, United States Department of Labor, hereby respectfully moves for the entry of a contempt adjudication and submits the attached proposed Contempt Adjudication per the Court's direction, reflecting the Court's findings after the Show Cause Hearing, held on August 8, 2011.

Dated: August 19, 2011

Respectfully submitted,

M. Patricia Smith
Solicitor of Labor

Michael A. Stabler
Regional Solicitor

John Rainwater
Associate Regional Solicitor

Brendan V. Johnson
United States Attorney
District of South Dakota

1

        /s/ Lydia Tzagoloff
Lydia Tzagoloff, Trial Attorney and
      Special Assistant US Attorney
United States Department of Labor
Attorneys for Petitioner
1999 Broadway, Suite 1600
Denver, CO  80202
Phone:  303.844.1745
Fax:  303.844.1753
Email: tzagoloff.lydia@dol.gov

     I certify that on August 19, 2011, I electronically filed the Motion for Entry of Contempt Adjudication, with the Court using the CM/ECF filing system.  In addition, because Respondent is appearing pro se, the Notice has been mailed, via first class mail postage pre-paid, to Respondent, at the below addresses.

        Eric Castaneira
        2109 South Cambridge Ave.
        Sioux Falls, SD 57106


          /s/ Lydia Tzagoloff